| Fill in this information to identify the case | |
|---|---|
| Debtor name | **Damodar, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-30683** |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2. Cash on hand

$2,300.00

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Checking account - Bancorp Operating Account | Checking account | 8 2 9 5 | $9,103.64 |
| 3.2. Checking account - Chase Bank Account II | Checking account | 9 7 7 5 | $4,096.39 |

4. Other cash equivalents   *(Identify all)*

Name of institution (bank or brokerage firm)

5. Total of Part 1
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$15,500.03

## Part 2:   Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.** Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

**8.** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of prepayment

**9.** Total of Part 2.
Add lines 7 through 8. Copy the total to line 81.     **$0.00**

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

                                                    Current value of debtor's interest

**11. Accounts receivable**

| | face amount | – | doubtful or uncollectible accounts | = → | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $0.00 | – | $0.00 | = → | $0.00 |
| 11b. Over 90 days old: | $103,220.93 | – | $0.00 | = → | $103,220.93 |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.     **$103,220.93**

## Part 4: Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:          % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.     **$0.00**

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

Debtor  **Damodar, LLC**                                        Case number (if known)   19-30683
        Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| Linen Inventory | | | | $59,723.91 |
| Pantry Inventory | | | | $805.85 |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                                    | $60,529.76 |

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.                                    | $0.00 |

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| Hotel Furniture & Equipment | | | $1,900,000.00 |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$1,900,000.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

51.  **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

$0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

| Debtor | Damodar, LLC | Case number (if known) | 19-30683 |
|---|---|---|---|
| | Name | | |

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 9:   Real property

**54.   Does the debtor own or lease any real property?**
- ☐ No.  Go to Part 10.
- ☒ Yes.  Fill in the information below.

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.1.  9901 United Drive**<br>**Houston, TX 77036**<br>**Building** | Fee Simple | | | $9,900,000.00 |

**56.   Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| | $9,900,000.00 |
|---|---|

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**
- ☒ No
- ☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ☒ Yes

## Part 10:   Intangibles and Intellectual Property

**59.   Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No.  Go to Part 11.
- ☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.   Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.   Internet domain names and websites** | | | |
| **62.   Licenses, franchises, and royalties** | | | |
| **Franchise Agreement with Holiday Hospitality Franchising, LLC** | | | Unknown |
| **63.   Customer lists, mailing lists, or other compilations** | | | |
| **64.   Other intangibles, or intellectual property** | | | |
| **65.   Goodwill** | | | |

**66.   Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| | $0.00 |
|---|---|

**67.   Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
- ☒ No
- ☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 11:**  **All other assets**

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.** **Notes receivable** | |
| Description (include name of obligor) | |
| **72.** **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **73.** **Interests in insurance policies or annuities** | |
| **United Specialty Insurance Company**<br>**Commercial General Liability**<br>**Policy No. IXA-18-H19603** | Unknown |
| **United Specialty Insurance Company**<br>**Automobile Liability**<br>**Policy No. IXA-18-H19603** | Unknown |
| **National Surety Corporation**<br>**Umbrella Liability**<br>**Policy No. SUO49054547-2187-4** | Unknown |
| **Travelers Casualty & Surety**<br>**Crime Policy**<br>**Policy No. 107023055** | Unknown |
| **Palomar Specialty Insurance Company**<br>**Commercial Property Insurance**<br>**Policy No. PAR-18-0001274-00** | Unknown |

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature,**
**including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.                    | **$0.00** |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $15,500.03 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $103,220.93 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $60,529.76 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,900,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................... ➡ | | $9,900,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $2,079,250.72 | + 91b. $9,900,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ........................................................ ➡    $11,979,250.72

| | |
|---|---|
| Debtor name | **Damodar, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 19-30683 |

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

---

**Part 1:**    List Creditors Who Have Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | $72,178.06 | $9,900,000.00 |
|---|---|---|---|
| **Alief I.S.D.** | **Building** | | |

Creditor's mailing address
**P.O. Box 368**

Describe the lien

_____

Alief          TX    77411

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred _____

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

  1) BancorpSouth Bank; 2) BancorpSouth Bank; 3) BancorpSouth Bank; 4) Alief I.S.D.; 5) Ann Harris Bennett.

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $9,093,877.48

| Debtor | **Damodar, LLC** | Case number (if known) | **19-30683** |

| **Part 1:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |

### 2.2

**Creditor's name**
Ann Harris Bennett

**Creditor's mailing address**
Tax Assessor-Collector

P.O. Box 3547

Houston          TX   77253-3547

**Creditor's email address, if known**

**Date debt was incurred**  _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☑ Yes.  The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**              $71,838.50     $9,900,000.00
Building

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

### 2.3

**Creditor's name**
BancorpSouth Bank

**Creditor's mailing address**
Attn: Alicia Ratcliff

501 South Washington

Marshall          TX   75670

**Creditor's email address, if known**

**Date debt was incurred**  _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No.  Specify each creditor, including this creditor, and its relative priority.

  **For Building: See 2.1.  For Hotel Furniture & Equipment: 1) BancorpSouth Bank; 2) BancorpSouth Bank; 3) BancorpSouth Bank.**
  ☐ Yes.  The relative priority of creditors is specified on lines  _____

**Describe debtor's property that is subject to a lien**              $470,336.26     $11,800,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | **Damodar, LLC** | Case number (if known) **19-30683** |
|---|---|---|

| Part 1: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
|---|---|---|

---

**2.4**

**Creditor's name**
BancorpSouth Bank

**Creditor's mailing address**
Attn: Alicia Ratcliff

501 South Washington

Marshall          TX   75670

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          6   2   8   8

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines   2.1, 2.3

**Describe debtor's property that is subject to a lien**          **$6,987,545.07**          **$11,800,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5**

**Creditor's name**
BancorpSouth Bank

**Creditor's mailing address**
Attn: Alicia Ratcliff

501 S. Washington

Marshall          TX   75670

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**          6   3   1   5

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines   2.1, 2.3

**Describe debtor's property that is subject to a lien**          **$1,491,979.59**          **$11,800,000.00**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 3

Debtor   **Damodar, LLC**                                                    Case number (if known) **19-30683**

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| Michael J. Durrschmidt | | | Line ___2.3___ | ___ ___ ___ ___ |
| Hirsch & Westheimer | | | | |
| 1415 Louisiana Street, 36th Floor | | | | |
| Wedge International Tower | | | | |
| Houston | TX | 77002 | | |

| | |
|---|---|
| Debtor | **Damodar, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-30683** |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Atkins, Charemon**

**4927 Enyart**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston            TX      77021**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account
number        __ __ __ __

☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Campbell, April S.**

**12127 Plumbrook**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston            TX      77099**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account
number        __ __ __ __

☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

| Part 1: | Additional Page |
| --- | --- |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.3**  Priority creditor's name and mailing address
$0.00 | $0.00

**Chang, Minah**

**534 Hidden Harbor St.**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                    TX        77079**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

---

**2.4**  Priority creditor's name and mailing address
$0.00 | $0.00

**Collazo Gonzalez, Flora Caridad**

**8700 Justine Ln., Apt. 3111**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                    TX        77031**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

---

**2.5**  Priority creditor's name and mailing address
$0.00 | $0.00

**Correa, Luis T.**

**16415 Pradera**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                    TX        77083**

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)( __4__ )

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

### 2.6   Priority creditor's name and mailing address

**Duran Miranda, Maria Guadalupe**

**11505 Keegans Ridge #907**

**Houston                    TX        77031**

Date or dates debt was incurred

_____

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

### 2.7   Priority creditor's name and mailing address

**Edwards, Leithia Monique**

**16731 Beechnut St. #1008**

**Houston                    TX        77083**

Date or dates debt was incurred

_____

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

### 2.8   Priority creditor's name and mailing address

**Fontenot, Elbert Jones**

**3990 Bennett Rd.**

**Beaumont                    TX        77708**

Date or dates debt was incurred

_____

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

Case 19-30683    Document 45    Filed in TXSB on 02/18/19    Page 15 of 59

| Part 1: | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**    **Priority amount**

---

**2.9**    **Priority creditor's name and mailing address**

Gomez, Dora Alicia

9220 Bellwood Ln., Apt. 289

Houston                    TX        77036

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00    $0.00

---

**2.10**    **Priority creditor's name and mailing address**

Guess, Monique M.

2727 Skyview Point Drive

Houston                    TX        77047

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00    $0.00

---

**2.11**    **Priority creditor's name and mailing address**

Martinez, Luis Armando

9888 United Dr.

Houston                    TX        77036

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**    __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( __4__ )

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☑ No
☐ Yes

$0.00    $0.00

---

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  |  | Total claim | Priority amount |
|--|--|-------------|-----------------|

**2.12**  Priority creditor's name and mailing address

McHan, Anthony W.

10830 Golden Sunshine Dr.

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**      **$0.00**

| Houston | TX | 77064 |
|---------|----|-------|

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

---

**2.13**  Priority creditor's name and mailing address

Mesa, Elizabeth

8957 S. Gessner, Apt. #174

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**      **$0.00**

| Houston | TX | 77074 |
|---------|----|-------|

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

---

**2.14**  Priority creditor's name and mailing address

Negron Morris, Barbara J.

7500 Belleviue

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**      **$0.00**

| Houston | TX | 77036 |
|---------|----|-------|

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)( **4** )

Case 19-30683    Document 45    Filed in TXSB on 02/18/19    Page 17 of 59

| Part 1: | **Additional Page** |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                        Total claim        Priority amount

**2.15**   Priority creditor's name and mailing address

**Puentes, Leslie Mariel**

**7502 Corporate Dr., #275**

**Houston**         **TX**     **77036**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

     **$0.00**         **$0.00**

---

**2.16**   Priority creditor's name and mailing address

**Ramos, Juana**

**7500 Bissonnet**

**Houston**         **TX**     **77074**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

     **$0.00**         **$0.00**

---

**2.17**   Priority creditor's name and mailing address

**Ramos, Sarai**

**14522 Hiram Clarke Road**

**Houston**         **TX**     **77045**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Specify Code subsection of PRIORITY unsecured claim:   11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

     **$0.00**         **$0.00**

Debtor   **Damodar, LLC**

Case number (if known)   **19-30683**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.18** Priority creditor's name and mailing address

Ruiz, Christian

6289 Wilcrest Dr., Apt. 8302

Houston                TX        77072

**Total claim** $0.00      **Priority amount** $0.00

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

**2.19** Priority creditor's name and mailing address

Siddle, Linda Lucille

7600 Burgoyne, #228

Houston                TX        77063

**Total claim** $0.00      **Priority amount** $0.00

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

**2.20** Priority creditor's name and mailing address

Singleton, Divyne Shakem

12250 S. Kirkwood Road, #1734

Stafford                TX        77477

**Total claim** $0.00      **Priority amount** $0.00

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred
_____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  **4**  )

Debtor   **Damodar, LLC**                                    Case number (if known)   **19-30683**

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.21**   **Priority creditor's name and mailing address**

Singleton, Sharee S.

6550 Hillcroft St., #125

Houston                          TX       77081

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(   **4**   )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

---

**2.22**   **Priority creditor's name and mailing address**

Sirmon, Ashlee Elizabeth

1330 Redford St.

Houston                          TX       77034

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(   **4**   )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

---

**2.23**   **Priority creditor's name and mailing address**

Skipper, Kevin

8162 Richmond Ave., #2001

Houston                          TX       77063

**Date or dates debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(   **4**   )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims                    page 8

Case 19-30683    Document 45    Filed in TXSB on 02/18/19    Page 20 of 59

| Part 1: | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim    Priority amount

**2.24  Priority creditor's name and mailing address**

Smith, Pamela

P.O. Box 841922

Pearland                    TX      77584

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  4  )

Total claim $0.00    Priority amount $0.00

**2.25  Priority creditor's name and mailing address**

Velasquez, Guadalupe

9000 Fondren Rd., Apt. 285

Houston                    TX      77074

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim:  11 U.S.C. § 507(a)(  4  )

Total claim $0.00    Priority amount $0.00

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | **$531.00** |
| Active Networks | ☐ Contingent | |
| 5110 Lancaster Street | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| Harrisburg          PA    17111 | | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.2** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | **$154.65** |
| American Hotel Register | ☐ Contingent | |
| 100 S. Milwaukee Ave. | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| Vernon Hills         IL    60061-4305 | | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.3** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | **$649.50** |
| Anytime Pest Elimination | ☐ Contingent | |
| 5067 Garth Rd. | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| Baytown          TX    77521 | | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☒ No ☐ Yes | |

| | | |
|---|---|---|
| **3.4** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,847.66** |
| Ascentium Capital | ☐ Contingent | |
| 23970 Hwy 59 N | ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Basis for the claim:** | |
| Kingwood          TX    77339 | | |
| Date or dates debt was incurred | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☒ No ☐ Yes | |

Case 19-30683   Document 45   Filed in TXSB on 02/18/19   Page 22 of 59

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** Nonpriority creditor's name and mailing address

AT&T

P.O. Box 105414

Atlanta          GA     30348-5414

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$267.95

---

**3.6** Nonpriority creditor's name and mailing address

AT&T Global Network & Services

P.O. Box 5091

Carol Stream          IL     60197-5091

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$0.00

---

**3.7** Nonpriority creditor's name and mailing address

AT&T Mobility

P.O. Box 6463

Carol Stream          IL     60197-6463

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$0.00

---

**3.8** Nonpriority creditor's name and mailing address

Carbon's Golden Malted

P.O. Box 129

Concordville          PA     19331-0128

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$51.00

---

Case 19-30683   Document 45   Filed in TXSB on 02/18/19   Page 23 of 59

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $30.23 |

Carbonics, Inc.
☐ Contingent
P.O. Box 87828
☐ Unliquidated
☐ Disputed

Houston                    TX      77287

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

CenterPoint Energy
☐ Contingent
P.O. Box 2628
☐ Unliquidated
☐ Disputed

Houston                    TX      77252-2628

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

City of Houston
☐ Contingent
P.O. Box 1560
☐ Unliquidated
☐ Disputed

Houston                    TX      77251-1560

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

City of Houston
☐ Contingent
Health Consumer FOG Prg
☐ Unliquidated
7427 Park Place
☐ Disputed

Houston                    TX      77087

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $639.39 |
|---|---|---|---|

Comcast

P.O. Box 37601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Philadelphia           PA       19101-0601

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $685,000.00 |
|---|---|---|---|

Dharmendra Patel

823 West Pasadena Freeway

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Pasadena           TX       77506

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Directv

P.O. Box 105249

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Atlanta           GA       30348-5249

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Eagle Eye Fire Protection

4806 Enchanted Rock Lane

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Spring           TX       77388

**Date or dates debt was incurred**

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,341.54 |

Equi-Tax Inc.

Tax Assessor/Collector

P.O. Box 73109

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston    TX    77273-3109

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

Gates & Company, LLC

P.O. Box 1238

☐ Contingent
☐ Unliquidated
☐ Disputed

Sulphur    LA    70664

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,729.87 |

Greenback Cost Recovery

P.O. Box 22656

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston    TX    77227

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $664.80 |

Guest Supply

P.O. Box 6771

☐ Contingent
☐ Unliquidated
☐ Disputed

Somerset    NJ    08875-6771

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21** Nonpriority creditor's name and mailing address

H.E.S. Enterprise LLC

22914 Armur Drive

Porter                    TX      77365

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

---

**3.22** Nonpriority creditor's name and mailing address

HD Supply

P.O. Box 509058

San Diego                CA      92150-9058

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$702.55

---

**3.23** Nonpriority creditor's name and mailing address

Holiday Hospitality Franchising, LLC

Attn: Vice President,

Franchising Licensing and Compliance

Three Ravinia Drive, Suite 100

Atlanta                  GA      30346

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.24** Nonpriority creditor's name and mailing address

Houston Chronicle

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25** | Nonpriority creditor's name and mailing address

Hubert

25401 Network Place

Chicago          IL      60673-1254

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$809.23

---

**3.26** | Nonpriority creditor's name and mailing address

Intercontinental Hotels Group

P.O. Box 101074

Atlanta          GA      30392-1074

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$34,486.66

---

**3.27** | Nonpriority creditor's name and mailing address

Jayantilal Patel

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$137,000.00

---

**3.28** | Nonpriority creditor's name and mailing address

Nexus Disposal

P.O. Box 41188

Houston          TX      77241

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$431.96

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.29** Nonpriority creditor's name and mailing address

OBEY Imaging Supplies, Inc.

16691 Gothard St., Unit B

Huntington Beach     CA     92647

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$798.00

**3.30** Nonpriority creditor's name and mailing address

Philip Haddad

22711 Stratford House Lane

Katy     TX     77449

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$615.66

**3.31** Nonpriority creditor's name and mailing address

Piyush Patel

2830 Wilcrest Dr.

Houston     TX     77042

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$194,953.42

**3.32** Nonpriority creditor's name and mailing address

POZ Landscaping

5909 Frondred Road, #1208

Houston     TX     77036

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$325.00

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

---

**3.33**   Nonpriority creditor's name and mailing address

Pride Management Inc.

3536 Valmont Ave.

Beaumont      TX     77706

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$25,000.00**

---

**3.34**   Nonpriority creditor's name and mailing address

Risk Advisors of America

240 Lookout Place

Maitland      FL     32751

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$18,151.16**

---

**3.35**   Nonpriority creditor's name and mailing address

Royal Cup Coffee

P.O. Box 206011

Dallas      TX     75320-6011

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$786.82**

---

**3.36**   Nonpriority creditor's name and mailing address

Sandhya Patel

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.37** Nonpriority creditor's name and mailing address

Source Power & Gas

P.O. Box 203690

Dallas                    TX        75320

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.38** Nonpriority creditor's name and mailing address

Summer Energy

P.O. Box 660938

Dallas                    TX        75266-0938

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.39** Nonpriority creditor's name and mailing address

Sysco Houston, Inc.

10710 Greens Crossing Blvd.

Houston                   TX        77038-2716

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$4,890.27

---

**3.40** Nonpriority creditor's name and mailing address

USA Today

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Internal Revenue Service**<br>**P.O. Box 7346**<br><br>**Philadelphia         PA      19101-7346** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.2 | **IRS - Special Procedures, Section II**<br>**1919 Smith St., Stop 5025HOU**<br><br>**Houston          TX      77002-8049** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.3 | **IRS - United States Attorney**<br>**1000 Louisiana, Suite 2300**<br><br>**Houston          TX      77002** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.4 | **IRS - US Atty Gen**<br>**10th & Constitution, N.W.**<br><br>**Washington        DC      20530-0001** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5.   Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

| | | | |
| --- | --- | --- | --- |
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $1,152,858.32 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,152,858.32 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Damodar, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td><strong>19-30683</strong>          Chapter <strong>11</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**2.1**  State what the contract or lease is for and the nature of the debtor's interest

**Licensee**
**Contract to be ASSUMED**

State the term remaining

List the contract number of any government contract

**Holiday Hospitality Franchising, LLC**
**Attn: Vice President,**
**Franchising Licensing and Compliance**
**Three Ravinia Drive, Suite 100**
**Atlanta                    GA        30346**

**2.2**  State what the contract or lease is for and the nature of the debtor's interest

**Management Agreement**
**Contract to be ASSUMED**

State the term remaining

List the contract number of any government contract

**Pride Management, Inc.**
**1844 IH-10 South, Suite 201**

**Beaumont                  TX        77707**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Damodar, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-30683** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1  Dharmendra Patel | 823 West Pasadena Freeway (Number / Street) <br> Pasadena, TX 77506 (City / State / ZIP Code) | BancorpSouth Bank | ☑ D ☐ E/F ☐ G |
| 2.2  Dharmendra Patel | 823 West Pasadena Freeway (Number / Street) <br> Pasadena, TX 77506 (City / State / ZIP Code) | BancorpSouth Bank | ☑ D ☐ E/F ☐ G |
| 2.3  Dharmendra Patel | 823 West Pasadena Freeway (Number / Street) <br> Pasadena, TX 77506 (City / State / ZIP Code) | BancorpSouth Bank | ☑ D ☐ E/F ☐ G |
| 2.4  Piyush Patel | 2830 Wilcrest Dr. (Number / Street) <br> Houston, TX 77042 (City / State / ZIP Code) | BancorpSouth Bank | ☑ D ☐ E/F ☐ G |
| 2.5  Piyush Patel | 2830 Wilcrest Dr. (Number / Street) <br> Houston, TX 77042 (City / State / ZIP Code) | BancorpSouth Bank | ☑ D ☐ E/F ☐ G |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6  **Piyush Patel** | **2830 Wilcrest Dr.**<br>Number        Street | **BancorpSouth Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Houston**        **TX**    **77042**<br>City                State    ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name **Damodar, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **19-30683**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | **Summary of Assets** |
|---|---|

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B........................................................................... **$9,900,000.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B......................................................................... **$2,079,250.72**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B........................................................................... **$11,979,250.72**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................... **$9,093,877.48**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................................................ **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ **+ $1,152,858.32**

4. **Total liabilities**
   Lines 2 + 3a + 3b......................................................................................... **$10,246,735.80**

Fill in this information to identify the case and this filing:

| | |
|---|---|
| Debtor Name | **Damodar, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-30683** |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/18/2019**          X _____
          MM / DD / YYYY                    Signature of individual signing on behalf of debtor

**Dharmendra "Danny" Patel**
Printed name

**Member**
Position or relationship to debtor

Official Form B202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Damodar, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | **19-30683** |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1.** **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply. | Gross revenue (before deductions and exclusions |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2018** MM / DD / YYYY to | Filing date | ☑ Operating a business ☐ Other | **$1,422,610.00** |
| **For prior year:** | From **01/01/2017** MM / DD / YYYY to | **12/31/2017** MM / DD / YYYY | ☑ Operating a business ☐ Other | **$242,061.00** |
| **For the year before that:** | From **01/01/2016** MM / DD / YYYY to | **12/31/2016** MM / DD / YYYY | ☑ Operating a business ☐ Other | **$5,000.00** |

**2.** **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See attched Exhibit 1** Creditor's name | | | ☐ Secured debt ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors ☐ Services |
| | | | | ☐ Other |
| | City State ZIP Code | | | |

# OPPS ACCOUNT

## DAMODAR LLC

## Check Register

From 11/6/2018 to 2/4/2019

| Date | Vendor | Type | Number | Amount |
|------|--------|------|--------|--------|
| 11/8/2018 | M3 Accounting Services Inc | Regular | 001431 | 14.65 |
| 11/8/2018 | Brian Huguenard-Expense report | Regular | 001432 | 435.38 |
| 11/8/2018 | H.E.S. Enterprise LLC | Regular | 001433 | 10,000.00 |
| 11/8/2018 | Intercontinental Hotels Group | Regular | 001434 | 387.48 |
| 11/8/2018 | Royal Cup Coffee | Regular | 001435 | 135.12 |
| 11/8/2018 | Sarai Ramos - Petty Cash | Regular | 001436 | 269.67 |
| 11/8/2018 | Sysco Houston, Inc. | Regular | 001437 | 1,259.99 |
| 11/15/2018 | COMPTROLLER OF PUBLIC ACCOUNTS | ACH | 000024 | 5,925.49 |
| 11/15/2018 | AT&T | ACH | 000025 | 530.27 |
| 11/15/2018 | M3 Accounting Services Inc | Regular | 001438 | 347.07 |
| 11/15/2018 | AT&T Mobility | Regular | 001439 | 23.63 |
| 11/15/2018 | Canteen Refreshment Services | Regular | 001440 | 569.12 |
| 11/15/2018 | Directv - Guest rooms | Regular | 001441 | 1,422.98 |
| 11/15/2018 | Directv - Public Space | Regular | 001442 | 282.47 |
| 11/15/2018 | Ecolab | Regular | 001443 | 1,751.99 |
| 11/15/2018 | Golden Malted | Regular | 001444 | 161.00 |
| 11/15/2018 | Guest Supply | Regular | 001445 | 2,245.10 |
| 11/15/2018 | HUBERT | Regular | 001446 | 14.95 |
| 11/15/2018 | Nexus Disposal | Regular | 001447 | 212.79 |
| 11/15/2018 | POZ Landscaping | Regular | 001448 | 325.00 |
| 11/15/2018 | Royal Cup Coffee | Regular | 001449 | 632.75 |
| 11/15/2018 | Sarai Ramos - Expense Report | Regular | 001450 | 81.11 |
| 11/15/2018 | Sysco Houston, Inc. | Regular | 001451 | 1,548.61 |
| 11/21/2018 | AT&T | ACH | 000026 | 246.41 |
| 11/21/2018 | AT&T Gobal Network & services | Regular | 001452 | 179.88 |
| 11/21/2018 | Eagle Eye Fire Protection | Regular | 001453 | 1,333.00 |
| 11/21/2018 | Intercontinental Hotels Group | Regular | 001454 | 15,476.78 |
| 11/21/2018 | Royal Cup Coffee | Regular | 001455 | 543.33 |
| 11/21/2018 | Sysco Houston, Inc. | Regular | 001456 | 1,274.99 |
| 11/29/2018 | Anytime Pest Elimination | Regular | 001457 | 216.50 |
| 11/29/2018 | Canteen Refreshment Services | Regular | 001458 | 56.88 |
| 11/29/2018 | Elbert Fontenot - Petty Cash | Regular | 001459 | 1,750.00 |
| 11/29/2018 | Liquid Waste Solutions | Regular | 001460 | 453.34 |
| 11/29/2018 | Nexus Disposal | Regular | 001461 | 212.79 |
| 11/29/2018 | Sandhya Patel | Regular | 001462 | 3,000.00 |
| 11/29/2018 | Sysco Houston, Inc. | Regular | 001463 | 3,561.46 |
| 12/3/2018 | Gates & Company, LLC | Regular | 001464 | 800.00 |
| 12/3/2018 | Pride Management Inc | Regular | 001465 | 5,000.00 |
| 12/6/2018 | M3 Accounting Services Inc | Regular | 001466 | 366.80 |
| 12/6/2018 | Anytime Pest Elimination | Regular | 001467 | 216.50 |
| 12/6/2018 | Canteen Refreshment Services | Regular | 001468 | 237.14 |
| 12/6/2018 | Ecolab | Regular | 001469 | 1,358.92 |
| 12/6/2018 | HD supply | Regular | 001470 | 84.53 |
| 12/6/2018 | HUBERT | Regular | 001471 | 285.35 |
| 12/6/2018 | POZ Landscaping | Regular | 001472 | 325.00 |

**Exhibit 1**

# OPPS ACCOUNT
## DAMODAR LLC
### Check Register
From 11/6/2018 to 2/4/2019

| Date | Vendor | Type | Number | Amount |
|------|--------|------|--------|--------|
| 12/6/2018 | RC Enterprises LLC | Regular | 001473 | 192.09 |
| 12/6/2018 | Royal Cup Coffee | Regular | 001474 | 598.45 |
| 12/6/2018 | Sysco Houston, Inc. | Regular | 001475 | 1,104.46 |
| 12/6/2018 | TACC,Inc. | Regular | 001476 | 446.00 |
| 12/13/2018 | COMPTROLLER OF PUBLIC ACCOUNTS | ACH | 000027 | 4,940.60 |
| 12/13/2018 | American Hotel Register | Regular | 001477 | 154.65 |
| 12/13/2018 | AT&T Mobility | Regular | 001478 | 23.97 |
| 12/13/2018 | Canteen Refreshment Services | Regular | 001479 | 237.14 |
| 12/13/2018 | Directv - Guest rooms | Regular | 001480 | 1,528.72 |
| 12/13/2018 | Directv - Public Space | Regular | 001481 | 286.72 |
| 12/13/2018 | Guest Supply | Regular | 001482 | 888.74 |
| 12/13/2018 | HUBERT | Regular | 001483 | 148.44 |
| 12/13/2018 | Melissa VanSickles expense | Regular | 001484 | 1,012.75 |
| 12/13/2018 | Quore Systems, LLC. | Regular | 001485 | 168.00 |
| 12/13/2018 | Sarai Ramos - Expense Report | Regular | 001486 | 214.43 |
| 12/13/2018 | Sysco Houston, Inc. | Regular | 001487 | 482.34 |
| 1/4/2019 | AT&T | ACH | 000028 | 265.38 |
| 1/4/2019 | Gates & Company, LLC | Regular | 001488 | 800.00 |
| 1/4/2019 | M3 Accounting Services Inc | Regular | 001489 | 361.63 |
| 1/4/2019 | Pride Management Inc | Regular | 001490 | 5,000.00 |
| 1/4/2019 | AT&T Mobility | Regular | 001491 | 47.94 |
| 1/4/2019 | CenterPoint Energy | Regular | 001492 | 502.33 |
| 1/4/2019 | City of Houston - Utility Bill | Regular | 001493 | 1,219.11 |
| 1/4/2019 | Elbert Fontenot -(PETTY CASH) | Regular | 001494 | 526.65 |
| 1/4/2019 | Golden Malted | Regular | 001495 | 56.00 |
| 1/4/2019 | Intercontinental Hotels Group | Regular | 001496 | 22,566.30 |
| 1/4/2019 | Philip haddad (Petty Cash) | Regular | 001497 | 430.00 |
| 1/4/2019 | Sysco Houston, Inc. | Regular | 001498 | 2,539.33 |
| 1/10/2019 | Source Power & Gas | Regular | 001499 | 2,958.46 |
| 1/10/2019 | Philip haddad (Petty Cash) | Regular | 001500 | 598.94 |
| 1/10/2019 | Sarai Ramos - Expense Report | Regular | 001501 | 302.26 |
| 1/17/2019 | Gates & Company, LLC | Regular | 001502 | 6.67 |
| 1/17/2019 | AT&T Gobal Network & services | Regular | 001503 | 359.76 |
| 1/17/2019 | Ecolab | Regular | 001504 | 225.11 |
| 1/17/2019 | HD supply | Regular | 001505 | 63.88 |
| 1/17/2019 | RC Enterprises LLC | Regular | 001506 | 87.95 |
| 1/17/2019 | Red Book Solutions | Regular | 001507 | 122.97 |
| 1/17/2019 | Royal Cup Coffee | Regular | 001508 | 160.53 |
| 1/17/2019 | Sandhya Patel | Regular | 001509 | 1,200.00 |
| 1/17/2019 | Sysco Houston, Inc. | Regular | 001510 | 573.87 |
| 1/17/2019 | USA Today | Regular | 001511 | 177.00 |
| 1/22/2019 | COMPTROLLER OF PUBLIC ACCOUNTS | ACH | 000029 | 5,049.37 |
| 1/24/2019 | Carbon's Golden Malted | Regular | 001512 | 56.00 |
| 1/24/2019 | City of Houston - Utility Bill | Regular | 001513 | 1,613.44 |
| 1/24/2019 | Comcast - Telephone | Regular | 001514 | 659.97 |

Run on 2/13/2019 at 8:23:33 AM

**Exhibit 1**

# OPPS ACCOUNT
## DAMODAR LLC
### Check Register
From 11/6/2018 to 2/4/2019

| Date | Vendor | Type | Number | Amount |
|---|---|---|---|---|
| 1/24/2019 | Directv - Guest rooms | Regular | 001515 | 1,524.47 |
| 1/24/2019 | HD supply | Regular | 001516 | **VOID** |
| 1/24/2019 | HUBERT | Regular | 001517 | 135.98 |
| 1/24/2019 | POZ Landscaping | Regular | 001518 | **VOID** |
| 1/24/2019 | Royal Cup Coffee | Regular | 001519 | **VOID** |
| 1/24/2019 | Sysco Houston, Inc. | Regular | 001520 | 783.55 |
| 1/28/2019 | Ann Harris Bennett | ACH | 000030 | 10,318.25 |
| 1/28/2019 | CITY OF HOUSTON | ACH | 000031 | 18,248.52 |
| 1/31/2019 | Anytime Pest Elimination | Regular | 001521 | 433.00 |
| 1/31/2019 | CenterPoint Energy | Regular | 001522 | 547.25 |
| 1/31/2019 | City of Houston - Utility Bill | Regular | 001523 | 420.29 |
| 1/31/2019 | Golden Malted | Regular | 001524 | 51.00 |
| 1/31/2019 | Guest Supply | Regular | 001525 | 684.61 |
| 1/31/2019 | HD supply | Regular | 001526 | 221.33 |
| 1/31/2019 | Houston Chronicle | Regular | 001527 | 712.00 |
| 1/31/2019 | Nexus Disposal | Regular | 001528 | 212.79 |
| 1/31/2019 | Philip haddad (Petty Cash) | Regular | 001529 | **VOID** |
| 1/31/2019 | POZ Landscaping | Regular | 001530 | 325.00 |
| 1/31/2019 | Royal Cup Coffee | Regular | 001531 | 10.92 |
| 1/31/2019 | Sandhya Patel | Regular | 001532 | 3,100.00 |
| 1/31/2019 | Source Power & Gas | Regular | 001533 | 2,529.28 |
| 1/31/2019 | Sysco Houston, Inc. | Regular | 001534 | 1,841.75 |
| 1/31/2019 | USA Today | Regular | 001535 | 140.13 |
| 2/1/2019 | Gates & Company, LLC | Regular | 001536 | 800.00 |
| 2/1/2019 | Pride Management Inc | Regular | 001537 | 5,000.00 |
| 2/1/2019 | Chase Bank | Regular | 001538 | 7,500.00 |
| 2/4/2019 | BANCORPSOUTH | ACH | 000032 | 89,953.42 |
| 2/4/2019 | BANCORPSOUTH | Regular | 001539 | 5,046.58 |
| | | | | **277,054.69** |

**Exhibit 1**

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See attached Exhibit 2** | | | |
| | Insider's name | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | | | | |
| | City     State     ZIP Code | | | |
| | **Relationship to debtor** | | | |

**5.**    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6.**    **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7.**    **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

**8.**    **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

# DAMODAR LLC

## Paid Invoices

**Company: Sandhya Patel**                                          **Vendor No:**

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|-----------|-----------|--------|--------------|--------|---------|---------|--------|
| 02282018 | 2/28/2018 | 4/3/2018 | 2/28/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 4/5/2018 | 001164 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|-----------|--|--------|-------------|
| 517425.000 | Security Service | 600.00 | SECURITY WEEKLY INVOICE |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|-----------|-----------|--------|--------------|--------|---------|---------|--------|
| 03072018 | 3/7/2018 | 4/3/2018 | 3/7/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 4/5/2018 | 001164 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|-----------|--|--------|-------------|
| 517425.000 | Security Service | 600.00 | WEEKLY SECURITY INVOICE |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|-----------|-----------|--------|--------------|--------|---------|---------|--------|
| 03142018 | 3/14/2018 | 4/3/2018 | 3/14/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 4/5/2018 | 001164 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|-----------|--|--------|-------------|
| 517425.000 | Security Service | 600.00 | WEEKLY SECURITY INVOICE |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|-----------|-----------|--------|--------------|--------|---------|---------|--------|
| 03212018 | 3/21/2018 | 4/3/2018 | 3/21/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 4/5/2018 | 001164 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|-----------|--|--------|-------------|
| 517425.000 | Security Service | 600.00 | WEEKLY SECURITY INVOICE |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|-----------|-----------|--------|--------------|--------|---------|---------|--------|
| 03282018 | 3/28/2018 | 4/3/2018 | 3/28/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 4/5/2018 | 001164 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|-----------|--|--------|-------------|
| 517425.000 | Security Service | 600.00 | WEEKLY SECURITY INVOICE |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|-----------|-----------|--------|--------------|--------|---------|---------|--------|
| 04042018 | 4/3/2018 | 4/3/2018 | 4/3/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 4/5/2018 | 001164 | Paid |

**Exhibit 2**

# DAMODAR LLC

## Paid Invoices

**Company: Sandhya Patel**                                    **Vendor No:**

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | WEEKLY SECURITY INVOICE |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 04112018 | 4/11/2018 | 4/11/2018 | 4/11/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 5/3/2018 | 001191 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | WEEKLY SECURITY FEES |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 04172018 | 4/17/2018 | 4/30/2018 | 4/17/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 5/3/2018 | 001191 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | WEEKLY SECURITY SERVICE |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 04242018 | 4/24/2018 | 4/30/2018 | 4/24/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 5/3/2018 | 001191 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | WEEKLY SECURITY SERVICE |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 05012018 | 5/1/2018 | 5/1/2018 | 5/1/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 5/3/2018 | 001191 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | WEEKLY SECURITY SERVICE |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 05072018 | 5/7/2018 | 5/29/2018 | 5/7/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 5/31/2018 | 010125 | Paid |

**Exhibit 2**

# DAMODAR LLC

## Paid Invoices

**Company: Sandhya Patel**                                                  **Vendor No:**

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | WEEKLY SECURITY SERVICE |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 05162018 | 5/16/2018 | 5/16/2018 | 5/16/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 5/31/2018 | 010125 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | Joel's cash for weekly service |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 05232018 | 5/23/2018 | 5/23/2018 | 5/23/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 5/31/2018 | 010125 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | MAY 2018 WEEKLY SECURITY SERVICE |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 06062018 | 6/6/2018 | 6/6/2018 | 6/6/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 6/28/2018 | 010138 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | WEEKLY SECURITY SERVICE |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 06132018 | 6/13/2018 | 6/13/2018 | 6/13/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 6/28/2018 | 010138 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | WEEKLY SECURITY SERVICE |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 06202018 | 6/20/2018 | 6/20/2018 | 6/20/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 6/28/2018 | 010138 | Paid |

**Exhibit 2**

# DAMODAR LLC

## Paid Invoices

**Company: Sandhya Patel**                                    **Vendor No:**

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | WEEKKLY SECURITY SERVICE |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 06272018 | 6/27/2018 | 6/27/2018 | 6/27/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 6/28/2018 | 010138 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | WEEKLY SECURITY SERVICE |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 08142018 | 8/20/2018 | 8/20/2018 | | 600.00 | | | Paid |
| | | | | 600.00 | 9/13/2018 | 001361 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | Weekly Security Service |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 082120185 | 8/21/2018 | 8/21/2018 | | 600.00 | | | Paid |
| | | | | 600.00 | 9/13/2018 | 001361 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | Security Service |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 08282018 | 8/28/2018 | 9/4/2018 | 8/28/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 9/13/2018 | 001361 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | Joel Ochoa Security Services |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 090420158 | 9/4/2018 | 9/4/2018 | | 600.00 | | | Paid |
| | | | | 600.00 | 10/4/2018 | 001406 | Paid |

**Exhibit 2**

# DAMODAR LLC

## Paid Invoices

**Company: Sandhya Patel**                                   **Vendor No:**

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | Joel Ochoa Security |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 09112018 | 9/11/2018 | 9/24/2018 | 9/11/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 10/4/2018 | 001406 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | Security Service 069112018 |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 09182018 | 9/18/2018 | 9/18/2018 | 9/18/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 10/4/2018 | 001406 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | Security Services 09182018 |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 09252018 | 9/25/2018 | 9/25/2018 | 9/25/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 10/4/2018 | 001406 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | SBS WESTCHASE SECURITY |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 10-2-18 | 10/8/2018 | 10/8/2018 | 10/6/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 11/1/2018 | 001428 | Paid |

(DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | week of 10-2-18 |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 10-9-18 | 10/8/2018 | 10/8/2018 | 10/9/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 11/1/2018 | 001428 | Paid |

**Exhibit 2**

# DAMODAR LLC

## Paid Invoices

**Company: Sandhya Patel**                                          **Vendor No:**

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | Amount | Description |
|---|---|---|
| 517425.000   Security Service | 600.00 | week of 10-9-18 |
| | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 10162018 | 10/16/2018 | 10/16/2018 | 10/16/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 11/1/2018 | 001428 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | Amount | Description |
|---|---|---|
| 517425.000   Security Service | 600.00 | Joel security pay |
| | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 10232018 | 10/23/2018 | 10/24/2018 | 10/23/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 11/1/2018 | 001428 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | Amount | Description |
|---|---|---|
| 517425.000   Security Service | 600.00 | Joel. Security |
| | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 10302018 | 10/31/2018 | 10/31/2018 | 10/30/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 11/29/2018 | 001462 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | Amount | Description |
|---|---|---|
| 517425.000   Security Service | 600.00 | Security |
| | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 11072018 | 11/12/2018 | 11/12/2018 | 11/7/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 11/29/2018 | 001462 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | Amount | Description |
|---|---|---|
| 517425.000   Security Service | 600.00 | |
| | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 11152018 | 11/16/2018 | 11/16/2018 | 11/15/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 11/29/2018 | 001462 | Paid |

**Exhibit 2**

# DAMODAR LLC

## Paid Invoices

**Company: Sandhya Patel**                                    **Vendor No:**

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 11212018 | 11/21/2018 | 11/21/2018 | 11/21/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 11/29/2018 | 001462 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 11272018 | 11/27/2018 | 11/27/2018 | 11/27/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 11/29/2018 | 001462 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 12052018 | 12/7/2018 | 12/7/2018 | 12/5/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 1/17/2019 | 001509 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | Security |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 12112018 | 12/12/2018 | 12/12/2018 | 12/11/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 1/17/2019 | 001509 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 28 | 1/28/2019 | 1/28/2019 | 1/24/2019 | 3,100.00 | | | Paid |
| | | | | 3,100.00 | 1/31/2019 | 001532 | Paid |

**Exhibit 2**

# DAMODAR LLC

## Paid Invoices

**Company: Sandhya Patel**                                      **Vendor No:**

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | Amount | Description |
|---|---|---|
| 517425.000  Security Service | 3,100.00 | security |
| | 3,100.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 5302018 | 5/30/2018 | 5/30/2018 | 5/30/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 5/31/2018 | 010125 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | Amount | Description |
|---|---|---|
| 517425.000  Security Service | 600.00 | MAY 2018 WEEKLY SECURITY SERVICE |
| | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 70432018 | 7/4/2018 | 7/4/2018 | 7/4/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 8/9/2018 | 001298 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | Amount | Description |
|---|---|---|
| 517425.000  Security Service | 600.00 | Security pay |
| | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 7112018 | 7/11/2018 | 7/11/2018 | 7/11/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 8/9/2018 | 001298 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | Amount | Description |
|---|---|---|
| 517425.000  Security Service | 600.00 | Security pay |
| | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 7182018 | 7/18/2018 | 8/7/2018 | 7/18/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 8/9/2018 | 001298 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | Amount | Description |
|---|---|---|
| 517425.000  Security Service | 600.00 | Security Service Joel Ochoa |
| | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 7252018 | 7/25/2018 | 8/7/2018 | 7/25/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 8/9/2018 | 001298 | Paid |

**Exhibit 2**

# DAMODAR LLC

## Paid Invoices

**Company: Sandhya Patel**                                    **Vendor No:**

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | Security Service Joel Ochoa |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 8012018 | 8/1/2018 | 8/13/2018 | 8/1/2018 | 600.00 | | | Paid |
| | | | | 600.00 | 9/13/2018 | 001361 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | Security Service Joel Ochoa |
| | | 600.00 | |

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|---|---|---|---|---|---|---|---|
| 8082018 | 8/7/2018 | 8/7/2018 | | 600.00 | | | Paid |
| | | | | 600.00 | 8/9/2018 | 001298 | Paid |

SBS WESTCHASE SECURITY (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|---|---|---|---|
| 517425.000 | Security Service | 600.00 | Security Service Joel Ochoa |
| | | 600.00 | |

**28,300.00**

**Exhibit 2**

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ☑ None

| **Part 5:** | **Certain Losses** |

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ☑ None

| **Part 6:** | **Certain Payments or Transfers** |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Hughes Watters Askanase** | **Dharmendra Patel paid $75,000.00 Piyush Patel paid $7,500.00** | | **$82,500.00** |

   **Address**

   **Total Plaza**
   Street
   **1201 Louisiana, 28th Floor**

   **Houston**   **TX**   **77002**
   City     State   ZIP Code

   **Email or website address**
   **www.hwa.com**

   **Who made the payment, if not debtor?**
   **Dharmendra Patel paid and Piyush Patel**

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

---
## Part 7:    Previous Locations
---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---
## Part 8:    Health Care Bankruptcies
---

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

---
## Part 9:    Personally Identifiable Information
---

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

   Does the debtor have a privacy policy about that information?
   ☐ No.
   ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
      ☐ No. Go to Part 10.
      ☐ Yes. Fill in below.

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Part 12: | Details About Environmental Information |

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**

Include settlements and orders.

☑ No

☐ Yes. Provide details below.

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

  ☑ No
  ☐ Yes. Provide details below.

24. Has the debtor notified any govermental unit of any release of hazardous material?

  ☑ No
  ☐ Yes. Provide details below.

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

  ☑ None

26. Books, records, and financial statements

  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26a.1. **Gates & Company, LLC** | | | From _____ | To _____ |
| Name | | | | |
| **c/o Tim Gates** | | | | |
| Street | | | | |
| **P.O. Box 1238** | | | | |
| **Sulphur** | **LA** | **70664** | | |
| City | State | ZIP Code | | |

  26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| Name and address | | | Dates of service | |
|---|---|---|---|---|
| 26b.1. **Gates & Company, LLC** | | | From _____ | To _____ |
| Name | | | | |
| **P.O. Box 1238** | | | | |
| Street | | | | |
| **Sulphur** | **LA** | **70664** | | |
| City | State | ZIP Code | | |

  26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1. **Gates & Company, LLC** | | | |
| Name | | | |
| **P.O. Box 1238** | | | |
| Street | | | |
| **Sulphur** | **LA** | **70664** | |
| City | State | ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

**26c.2.**   **Pride Management Inc.**
Name
**3536 Valmont Ave.**
Street

| **Beaumont** | **TX** | **77706** |
|---|---|---|
| City | State | ZIP Code |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

**26d.1.**   **BancorpSouth Bank**
Name
**Attn: Alicia Ratcliff**
Street
**501 South Washington**

| **Marshall** | **TX** | **75670** |
|---|---|---|
| City | State | ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**30.1.**   **See attached Exhibit 3 and Exhibit 4**
Name

Street

| | | |
|---|---|---|
| City | State   ZIP Code | |

Relationship to debtor

# DAMODAR LLC

## Unpaid and Paid Invoices

**Company: Dharmedra Patel**                                      **Vendor No:**

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|-----------|-----------|--------|--------------|--------|---------|---------|--------|
| 09192018 | 9/25/2018 | 10/1/2018 | 9/25/2018 | 930.51 | | | Paid |
| | | | | 930.51 | 9/27/2018 | 001379 | Paid |

IHG Brand Standard Guest Supplies & Resources (DAMODAR LLC - STAYBRIDGE SUITES - WESTCHASE)

| Account # | | Amount | Description |
|-----------|--|--------|-------------|
| 117187.000 | Guest Supplies | 930.51 | 823 W. Pasadena Frwy |
| | | 930.51 | |

**930.51**

**Exhibit 3**

# DAMODAR LLC

## Unpaid and Paid Invoices

**Company: Piyush Patel**                                        **Vendor No:**

| Invoice # | Posted On | Due On | Invoice Date | Amount | Paid On | Check # | Status |
|-----------|-----------|--------|--------------|--------|---------|---------|--------|
| LOAN PAYBACK | 8/24/2018 | 8/24/2018 | 8/24/2018 | 6,000.00 | | | Paid |
| | | | | 6,000.00 | 10/4/2018 | 001391 | Paid |

(DAMODAR LLC)

| Account # | | Amount | Description |
|-----------|--|--------|-------------|
| 2608.000 | Loan Payable - Piyush Patel | 6,000.00 | |
| | | 6,000.00 | |

**6,000.00**

**Exhibit 4**

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Part 14: | Signature and Declaration |
|---|---|

**WARNING —** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _02/18/2019_
                      MM / DD / YYYY

X _____          Printed name  **Dharmendra "Danny" Patel**
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes